ACCEPTED
14-14-00825-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
1/30/2015 11:26:10 AM
CHRISTOPHER PRINE
CLERK

## NO. 14-14-00825-CV

## IN THE COURT OF APPEALS FOR THE FOURTEENTH SUPREME JUDICIAL DISTRICT OF TEXAS HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/30/2015 11:26:10 AM
CHRISTOPHER A. PRINE
Clerk

### INWOOD FOREST COMMUNITY IMPROVEMENT ASSOCIATION, Appellant

**v.**

### TOAN VAN NGUYEN, ET AL. Appellees

*On interlocutory appeal from the*
*165th Judicial District Court of Harris County, Texas*

_____

## APPELLANT'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

_____

**HOOVER SLOVACEK LLP**
Dylan B. Russell
State Bar No. 24041839
russell@hooverslovacek.com
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: (713) 977-8686
Facsimile: (713) 977-5395
**ATTORNEYS FOR APPELLANT**

171327-00331 DBR 1/28/2015 00934934.WPD 1

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

INWOOD FOREST COMMUNITY IMPROVEMENT ASSOCIATION, Appellant in the above-styled and numbered cause, files this Appellant's Third Unopposed Motion for Extension of Time to File Brief and requests that the Court enter an order extending the time for the filing of its Brief with the Court through, and including, February 13, 2015, and in support thereof would respectfully show the following:

This is Appellant's third request for an extension of time to file their Brief. This motion is not sought for delay only but so that justice may be done. Appellant's brief is currently due on January 30, 2015.

On January 15, 2014, Appellant made a request for the district clerk to supplement the Clerk's Record with some additional written orders (signed January 12, 2015) from the trial court granting certain motions to dismiss that are the subject of this appeal.[1] As of the date of this motion, however, the additional supplemental clerk's record has not been filed.

Furthermore, on January 30, 2015, the Texas Supreme Court granted petition for review in Case No. 13-0047, *Allen Dacus, et al. v. Annise Parker and City of*

---

[1]Most significantly, one of the filings is the only written order from the trial court granting one of the motions to dismiss that is the basis for the appeal. Thus, any claim by the Appellees that Appellant's interlocutory appeal was premature, since no written order had been previously been signed, would be moot in light of that order.

*Houston*, and set oral arguments for February 24, 2015. Lead counsel in this case will help in the preparation for that argument and may be one of the oralists in that case. As such, additional time is needed for the briefing in this case.

In light of the foregoing, Appellant request an extension of time to file its brief.

## CERTIFICATE OF CONFERENCE

Today, counsel for Appellant has contacted counsel for Appellees regarding this motion, and Appellees' counsel have indicated that they are <u>not</u> opposed to this Motion for Extension.

WHEREFORE, PREMISES CONSIDERED, the Appellant respectfully prays that the Court grant its Third Unopposed Motion for Extension of Time to File Brief and extend the time for it to file its Brief through, and including, February 13, 2015.

Respectfully submitted,

**HOOVER SLOVACEK LLP**

By: /s/ Dylan B. Russell
      DYLAN B. RUSSELL
      State Bar No. 24041839
      Galleria Tower II
      5051 Westheimer, Suite 1200
      Houston, Texas 77056
      Telephone: 713-977-8686
      Facsimile: 713-977-5395
      russell@hooverslovacek.com

**ATTORNEYS FOR APPELLANT,**
**INWOOD FOREST COMMUNITY**
**IMPROVEMENT ASSOCIATION**

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 30th day of January, 2015, a true and correct copy of the foregoing document was served in accordance with the Rules to all counsel of record and/or pro se parties, if any.

/s/ Dylan B. Russell
Dylan B. Russell